**No. 56879.**—Ellis A. Beaumont *v.* United States, protest 960609–G (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of goatskins similar in all material respects to those the subject of *United States* v. *Winograd Bros., Inc.* (32 C. C. P. A. 153, C. A. D. 302), the claim for free entry under paragraph 1681 was sustained.

**No. 56880.**—Charmeur Products, Inc., and Alltransport, Inc. *v.* United States, protest 185193–K (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of ammonium ichthosulfonate the same in all material respects as the commodity passed upon in *United States* v. *Kachurin Drug Company* (39 C. C. P. A. 36, C. A. D. 459), the claim of the plaintiffs was sustained.